IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **CURTIS DEAN BURTCH,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| V. : | |
| : | NO. 3:23-cv-00132-TES-CHW |
| **FRANKLIN COUNTY** : | |
| **PROBATE COURT,** : | |
| : | |
| **Defendants.** : | |
| : | |

**ORDER**

    Plaintiff Curtis Franklin Burtch, a prisoner in the Franklin County Detention Center in Carnesville, Georgia, filed a *pro se* complaint. Compl., ECF No. 1. He also filed a motion for leave to proceed in this action *in forma pauperis*. Mot. for Leave to Proceed *In Forma Pauperis*, ECF No. 2; Prisoner Trust Fund Account Statement, ECF No. 4. Thereafter, Plaintiff's motion to proceed *in forma pauperis* was granted, and Plaintiff was ordered to pay an initial partial filing fee of $18.82. Order, ECF No. 5.

    That order has now been returned to this Court as undeliverable. Mail Returned, ECF No. 9. Before the order was returned, Plaintiff filed two notices of change of address. Notice of Change of Address, ECF Nos. 7 & 8. The first indicated that Plaintiff had been moved to the Appling Integrated Treatment Facility, and the second indicated that that Plaintiff had been returned to the Franklin County Detention Center. *Id.* Because it does not appear that Plaintiff received the Court's order, the **CLERK** is now **DIRECTED** to forward a copy of the order granting Plaintiff leave to proceed *in forma pauperis* (ECF No.

5) to Plaintiff at his current address along with his service copy of this order (with the civil action number showing on both).

Plaintiff shall have **FOURTEEN (14) DAYS** from the date shown on this order to pay the required initial partial filing fee to the Clerk of the Court consistent with the order granting leave to proceed *in forma pauperis*.   There shall be no service in this case pending further order of the Court.

**SO ORDERED and DIRECTED**, this 14th day of February, 2024.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge
